<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6084**

———————

TIMOTHY LAMONT HAZEL,

                                        Petitioner - Appellant,

        versus

J. R. HUNT, Superintendent,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Russell A. Eliason, Magistrate Judge.  (CA-00-564-1)

———————

Submitted:  April 12, 2001          Decided:  April 18, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Timothy Lamont Hazel, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Lamont Hazel seeks to appeal the magistrate judge's[*] order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hazel v. Hunt, No. CA-00-564-1 (M.D.N.C. June 9, 2000). We further deny Hazel's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

2